ELSIE WOODWARD, Appellant, v. CLAUDE WOODWARD, Respondent.— Order denying inspection affirmed. Judgment amended and as amended affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WADHAMS J. ROWELL, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

UTICA TRUST AND DEPOSIT COMPANY and Another, Appellants, Respondents, v. JOHN M. SUTTON, Respondent, Appellant.— Order modified and as modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD CRAPO, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELWIN ROHRA-BACHER and Another, Appellants.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE W. BARTON, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ELMER SCHULER, as Administrator, etc., of DONALD SCHULER, Deceased, Respondent, v. JAMES MORAN and Another, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MATIE JANE COLE, Respondent, v. NASH MOTOR COMPANY, Appellant, and PETER R. KOHL, Defendant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the attachment affidavits fail to state adequate evidentiary facts in support of the allegations of negligence and damage. All concur. Present — Crouch, Taylor, Thompson and Crosby, JJ.

HELEN G. WHITE, Appellant, v. CHARLES B. SCHOPFER, Respondent.— Order modified by adding permission to renew upon additional papers showing that the plaintiff is ignorant of the facts which she seeks to ascertain, and as so modified affirmed, without costs of this appeal to either party. All concur, except Taylor, J., who dissents and votes for reversal. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Estate of NICHOLAS J. HARDIKER, Deceased.— Decree affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOHN P. COOROS, Appellant, v. F. A. KUHNERT SHOE CORPORATION, Respondent.— Judgment vacated and order modified so as to provide for granting a new trial, and as so modified the order is affirmed, without costs of this appeal to either party. (See Dougherty v. Salt, 227 N. Y. 200.) All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MARY TARAPATA, as Administratrix, etc., of FRANK TARAPATA, Deceased, Appellant, v. FRED MAURER and Another, Respondents.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.